AO 442 (Rev. 11/11) Arrest Warrant

FILED
2021 MAY 25 AM 11:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___JB___

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.

CHARITY FELCH

Defendant

Case No. 21CR570 MV

21MJ02584

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **CHARITY FELCH**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-5: 18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 2: Aiding and Abetting;

Count 6: 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft;

Count 7: 18 U.S.C. § 1029(a)(5): Access Device Fraud; 18 U.S.C. § 2: Aiding and Abetting.

Date: 04/22/2021

*Issuing officer's signature*

City and state: Albuquerque, NM

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |